UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MINUTES - RULE 5/20 HEARING / DETENTION HEARING

Case No. 20-182M   CourtSmart   C/S   Date: January 17, 2020

Present: The Honorable  ALEXANDER F. MacKINNON  , U.S. Magistrate Judge

| Ilene Bernal | Jason Pang | Javier Villalobos/Spanish |
|---|---|---|
| *Deputy Clerk* | *Assistant U.S. Attorney* | *Interpreter / Language* |

USA v. EMILIANO BOMBA

Attorney Present for Defendant:
Charles Snyder

☑ Present  ☑ Custody  ☐ Bond  ☐ Not present

☑ Present  ☐ CJA  ☐ Retd  ☑ DFPD  ☐ Not present

I. **PROCEEDINGS:**  ☐ IDENTITY HEARING  ☐ REMOVAL HEARING  ☐ PRELIMINARY HEARING
   ☐ RE POSSIBLE RULE 20  ☐ ARRIVAL OF PROCESS
   ☑ FURTHER PROCEEDINGS RE OUT-OF-DISTRICT CASE

☐ Process  ☐ received  ☐ not received
☐ Witness(es) CST  ☐ Exhibits Marked  ☐ See separate list.
☐ Court orders that exhibits be returned to the respective counsel / party of record. ☐ See receipt for Release of Exhibits to Counsel.
☐ Court finds defendant  ☐ to be the person  ☐ not to be the person charged in the  ☐ Indictment  ☐ Information  ☐ Complaint.
☐ Court finds  ☐ probable cause  ☐ no probable cause to believe that the offense so charged has been committed and that the defendant has committed it.
☐ IT IS ORDERED that the defendant return to the originating district and proceedings be terminated in this district.
☑ Defendant executed Waiver of Rights.  ☐ Process received.  ☐ Process not received.
☑ Court ORDERS defendant Held to Answer to Southern  District of New York
☐ Bond to transfer, if bail is posted. Defendant ordered to report on or before _____
☑ Final commitment and warrant of removal to issue directing the U.S. Marshal to return the defendant to the district of origin. Date issued: 1-17-20  By: JB .
   ☐ Final commitment and warrant of removal are ordered stayed until _____ .
☐ Defendant executes Rule 20 consent form and is ordered **HELD TO ANSWER** to the U.S. District Court, Central District at  ☐ Los Angeles  ☐ Riverside  ☐ Santa Ana.

II. **PROCEEDINGS: DETENTION HEARING**
☑ Government's request for detention is:  ☑ GRANTED  ☐ DENIED  ☐ WITHDRAWN  ☐ CONTINUED
☐ Counsel stipulation to bail.
☐ Court finds presumption under 18 USC 3142e _____ has not been rebutted.
☑ Court **ORDERS DEFENDANT PERMANENTLY DETAINED.** See separate Detention Order.
☐ Court finds presumption under 18 USC 3142e _____ has been rebutted.
☐ **Court sets bail at:** $ _____  ☐ SEE ATTACHED COPY OF CR-01 BOND FORM FOR **CONDITIONS OF RELEASE.**
☐ Court orders that defendant be detained for a period not to exceed ten (10) Court days. See separate order re temporary detention.
☑ Witnesses CST  ☐ Exhibits Marked  ☐ See separate list. Norman Tobias CST
☐ Court orders that exhibits be returned to the respective counsel / party of record.  ☐ See Receipt for Release of Exhibits to Counsel.  ☐ Release Order Issued - Release No.: _____

☐ Court orders case continued to _____ at _____ ☐ a.m. ☐ p.m. for _____
before Judge _____ in courtroom _____ .
☑ Other: The Identity Hearing scheduled for 1/24/20 is vacated.

I. _____ : 10
II. _____ : 20
Deputy Clerk Initials  ib

M-50 (06/10)                MINUTES - RULE 5/20 HEARING / DETENTION HEARING