

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> PLAINTIFF(S), <br> v. <br> EMILIANO BOMBA <br> DEFENDANT(S). | CASE NUMBER <br> 20-00182M <br><br> **ORDER FOR CONTRIBUTION TOWARDS ATTORNEY'S FEES** <br> 18 U.S.C. § 3006A(f) |

On <u>JANUARY 14, 2020</u> defendant <u>EMILIANO BOMBA</u>

✔ submitted a financial affidavit in support of defendant's request for appointment of counsel without payment of fees. After review of the affidavit, the court finds that the defendant has the present ability to make a contribution towards his/her attorney's fees.

☐ did not submit a financial affidavit, but appeared without counsel.

Subject to this order of contribution, the Court hereby appoints <u>Charles Snyder, DFPD</u> as counsel for the defendant

☐ until further notice.

✔ for proceedings in the Central District of California.

The defendant is ordered to pay towards attorney's fees in accordance with the schedule of payments set forth below:

✔ $ <u>50.00 per hour</u> to <u>commence immediately</u>

☐ due not later than_____

☐ due in monthly payments of $ _____ beginning _____.

☐ Monthly payments of $ _____ to commence on _____ and to continue until final disposition of this case.

☐ Other _____

All cashier's checks and/or money orders must be made payable to: **CLERK, U.S. DISTRICT COURT** and mailed to: United States District Court, Central District of California, 255 East Temple Street, Suite TS-134, Los Angeles, California 90012, Attn: Fiscal Section. Your name and case number must be included on the cashier's check or money order.

This order is subject to reconsideration by the Court. The defendant is advised that he/she may be required, based upon his/her then present ability, to contribute a greater or lesser amount of money for attorney's fees upon reconsideration by the Court.

1/21/2020

Dated

United States ~~District Judge~~ / Magistrate Judge

cc: *Clerk's Office, Fiscal Section*
*CJA*
*FPD*
*PSA*

CR-26 (05/18)      ORDER FOR CONTRIBUTION TOWARDS ATTORNEY'S FEES